AE

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| IBA, LLC, a Delaware limited liability company v. GANESAN VISVABHRATHY, an individual | |

FILED
NOV 02 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

IBA, LLC, a Delaware limited liability company

07CV6219
JUDGE ANDERSEN
MAGISTRATE JUDGE KEYS

| NAME (Type or print) |
|---|
| James G. Martignon |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ [signature] |

| FIRM |
|---|
| Levenfeld Pearlstein, LLC |

| STREET ADDRESS |
|---|
| 2 N. LaSalle St., Ste. 1300 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| ARDC # 6277974 | (312) 346.8380 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐