UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
NOV 02 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| IBA, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>GANESAN VISVABHARATHY, an individual,<br><br>Defendant. | 07CV6219<br>JUDGE ANDERSEN<br>MAGISTRATE JUDGE KEYS |

## RULE 7.1 AND LOCAL RULE 3.2 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure Rule 7.1 and Rule 3.2 of the Local Rules of the Northern District of Illinois, Plaintiff respectfully states that its sole member is IndyMac Bancorp, Inc.

Respectfully submitted,

IBA, LLC

By: _____
One of Its Attorneys

Gary I. Blackman (ARDC # 6187914)
James G. Martignon (ARDC #6277974)
LEVENFELD PEARLSTEIN, LLC
2 N. LaSalle St., Ste 1300
Chicago, Illinois 60602
Telephone: (312) 346-8380
Facsimile: (312) 346-8434