UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IBA, LLC, a Delaware limited liability company | ) ) ) | |
| Plaintiff, | ) ) | 07 C 6219 |
| vs. | ) ) | Honorable Judge Wayne R. Andersen |
| GANESAN VISVABHARATHY, an individual | ) ) ) | |
| Defendant | ) | |

### NOTICE OF MOTION

To: See Service List Attached

    PLEASE TAKE NOTICE that on the 17th day of January, 2008 at 9:00 a.m., before the Honorable Wayne R. Andersen, Courtroom 1403 of the United States District Court for the Northern District of Illinois, Eastern Division, Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL, we shall present Plaintiff's **Motion for Default**, a copy of which is attached hereto and herewith served upon you.

Dated: January 2, 2008

                                                                     **IBA, LLC**

                                                                      By:   /s/ James G. Martignon
                                                                                One of Its Attorneys

Gary I. Blackman (ARDC #6187914)
James G. Martignon (ARDC #6277974)
LEVENFELD PEARLSTEIN, LLC
2 N. LaSalle St., Suite 1300
Chicago, Illinois 60602
(312) 346-8380 - Telephone
(312) 346-8434 – Facsimile
gblackman@lplegal.com
jmartignon@lplegal.com

## CERTIFICATE OF SERVICE

       I hereby certify that on January 2, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following:

Ganesan Visvabharathy
7529 Ridgewood Lane
Burr Ridge, IL 60527

                                       /s/ James G. Martignon
                                       James G. Martignon (ARDC #6277974)
                                       LEVENFELD PEARLSTEIN, LLC
                                       2 N. LaSalle St., Suite 1300
                                       Chicago, Illinois 60602
                                       (312) 346-8380 - Telephone
                                       (312) 346-8434 – Facsimile
                                       jmartignon@lplegal.com

LP 1510214.1 \ 31849-73240