Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 7 C 6219 | **DATE** | 2/5/2008 |
| **CASE TITLE** | IBA, LLC vs. Ganesan Visvabharathy | | |

**DOCKET ENTRY TEXT**

Enter order. It is hereby ordered that judgment is entered in favor of the plaintiff and against defendant, Ganesan Visvabharathy, in the amount of $10,348,488.62 as of January 15, 2008 plus per diem interest of $2,557.15 through the date of judgment. There is no just cause or reason to delay the enforcement or appeal of this order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

Courtroom Deputy Initials: TSA