UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IBA, LLC, a Delaware limited liability company | ) ) ) | |
| Plaintiff, | ) ) | 07 C 6219 |
| vs. | ) ) ) | Hon. Judge Wayne R. Andersen |
| GANESAN VISVABHARATHY, an individual | ) ) ) ) | |
| Defendant | ) | |

### ORDER

THIS CAUSE coming to be heard on prove up on the Motion of Plaintiff for default judgment; Plaintiff having filed its Complaint on November 2, 2007, and Defendant having been subsequently served; and ~~having failed to file his appearance or answer~~ and the Court being advised in the premises:

IT IS HEREBY ORDERED that judgment is entered in favor of the Plaintiff and against Defendant, Ganesan Visvabharathy, in the amount of $10,348,488.62 as of January 15, 2008 plus per diem interest of $2,557.15 through the date of Judgment. There is no just cause or reason to delay the enforcement or appeal of this order.

DATED: _February 5, 2008_

JUDGE: _[signature]_

Order Prepared By:
Gary I. Blackman (ARDC #6187914)
James G. Martignon (ARDC #6277974)
LEVENFELD PEARLSTEIN, LLC
2 N. LaSalle St., Suite 1300
Chicago, Illinois 60602
(312) 346-8380 - Telephone
(312) 346-8434 – Facsimile
gblackman@lplegal.com
jmartignon@lplegal.com

LP 1526078.1 \ 31849-73240