UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IBA, LLC, a Delaware limited liability company, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GANESAN VISVABHARATHY, an individual ) <br> ) <br> Defendant. ) | No. 07 C 6219 <br><br> Judge Wayne R. Andersen |

### NOTICE OF MOTION

**To:** James G. Martignon, Esq.
Gary I. Blackman, Esq.
Levenfeld Pearlstein, P.C.
2 North LaSalle Street
Suite 1300
Chicago, Illinois 60602

**PLEASE TAKE NOTICE** that on, Thursday, February 21, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Wayne R. Andersen, Courtroom 1403, Everett M. Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or any judge sitting in his stead, and shall then and there present **Defendant's Motion To Set Aside Default Judgment And Quash Service**, a copy of which is attached and hereby served upon you.

Dated: February 14, 2008

Respectfully submitted,

GANESAN VISVABHARATHY

By: s/ Daniel A. Shmikler
   One of his attorneys

Bruce S. Sperling
Daniel A. Shmikler
SPERLING & SLATER, P.C.
55 West Monroe Street, Suite 3200
Chicago, Illinois 60603
(312) 641-3200
(312) 641-6492 (fax)

## CERTIFICATE OF SERVICE

I, Daniel Shmikler, an attorney, hereby certify that on February 14, 2008, I electronically filed **Defendant's Notice of Motion** with the Clerk of Court using the CM/ECF system which sent notification of such filing to the following persons listed below:

> Gary I. Blackman, Esq.
> James G. Martignon, Esq.
> Levenfeld Pearlstein, P.C.
> 2 North LaSalle Street
> Suite 1300
> Chicago, Illinois 60602

/s/Daniel A. Shmikler
Daniel A. Shmikler