

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 7 C 6219 | **DATE** | 3/20/2008 |
| **CASE TITLE** | IBA vs. Visvabharathy | | |

**DOCKET ENTRY TEXT**

Enter memorandum of judgment in favor of the plaintiff and against the defendant, Ganesan Visvabharathy, in the amount of $10,348,488.04 as of 1/15/2008 plus per diem interest of $2,557.15 through date of judgment totaling $10,504,447.77 at of today, March 17, 2008.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | TSA |
|---|---|---|

7C6219 IBA vs. Visvabharathy