MEMORANDUM OF JUDGMENT

IN THE UNITED STATES DISTRICT COURT, FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IBA, LLC, a Delaware limited liability company
                Plaintiff,

v.

GANESAN VISVABHARATHY, an individual
                Defendant.

Case No. 07 C 6219
Honorable Judge Wayne R. Andersen

## MEMORANDUM OF JUDGMENT

On, February 5, 2008, judgment was entered in this Court in favor of the Plaintiff, IBA, LLC and against the Defendant, __GANESAN VISVABHARATHY__, whose address is __7529 Ridgewood Lane, Burr Ridge, Illinois 60527-8022__, in the amount of $10,348,488.04 as of 1-15-08 plus per diem interest of $2,557.15 through date of Judgment totaling $10,504,447.77 as of today March 17, 2008.

Dated:

_____
JUDGE
March 19, 2008

Gary I. Blackman (ARDC #6187914)
James G. Martignon (ARDC #6277974)
LEVENFELD PEARLSTEIN
Attorneys for Plaintiff
2 N. LaSalle Street, Suite 1300
Chicago, Illinois 60603
(312) 346-8380
(312) 346-8434 Fax
gblackman@lplegal.com
jmartignon@lplegal.com

LP 1551140.1 \ 31849-73240 MICHAEL W. DOBBINS, CLERK OF COURT