**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

IBA, LLC

                         Plaintiff,

v.                                               Case No.: 1:07−cv−06219
                                                Honorable Wayne R. Andersen

Ganesan Visvabharathy

                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 10, 2008:

      MINUTE entry before Judge Honorable Wayne R. Andersen:Status hearing held on 4/10/2008 and continued to 4/24/2008 at 09:00 AM. Citation to discover assets held and continued to 4/24/2008. The Court orders defendant to maintain documents.Advised in open court notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.