**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                              Case Number: 07 CV 6219

IBA, LLC., a Delaware limited liability company,
    Plaintiff,
  v.
GANESAN VISVABHARATHY, an individual,
    Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

  Ganesan Visvabharathy

| | |
|---|---|
| NAME (Type or print)<br>Michael G. Dickler | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br> s/ Michael G. Dickler | |
| FIRM<br>Sperling & Slater, P.C. | |
| STREET ADDRESS<br>55 West Monroe Street, Suite 3200 | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6269635 | TELEPHONE NUMBER<br>(312) 641-3200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |

## CERTIFICATE OF SERVICE

    I, Michael G. Dickler, an attorney, hereby certify that on April 17, 2008, I electronically filed an **Appearance** with the Clerk of Court using the CM/ECF system which sent notification of such filing to the following persons listed below:

>Gary I. Blackman, Esq.
>James G. Martignon, Esq.
>Levenfeld Pearlstein, P.C.
>2 North LaSalle Street
>Suite 1300
>Chicago, Illinois 60602

>>s/Michael G. Dickler
>>Michael G. Dickler