UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IBA, LLC, a Delaware limited liability company, ) ) ) Plaintiff, ) ) V ) ) GANESAN VISVABHARATHY, an individual, ) ) Defendant ) ) | Case No: 07 C 6219 <br><br> Honorable Judge Wayne R. Anderson |

## SUGGESTION OF BANKRUPTCY

Plaintiff, IBA, LLC, a Delaware limited liability company, by and through the undersigned counsel, and hereby files this Suggestion of the Bankruptcy in the above-styled matter, notifying the Court that an Involuntary Petition for Relief pursuant to 11 USC §303 of the United States Bankruptcy Code has been filed against the Defendant Ganesan Visvabharathy, the pertinent information of which follows:

Debtor's Name:    Ganesan Visvabharathy

Case No.:         08-09615

Date Filed:       April 18, 2008

Filed:            United States Bankruptcy Court
                  Northern District of Illinois, Eastern Division

By: __/s/ James G. Martignon__
One of Its Attorneys

Gary I. Blackman (ARDC #6187914)
James G. Martignon (ARDC #6277974)
LEVENFELD PEARLSTEIN, LLC
2 N. LaSalle St., Suite 1300
Chicago, Illinois 60602
(312) 346-8380 - Telephone
(312) 346-8434 – Facsimile
gblackman@lplegal.com
jmartignon@lplegal.com

LP 1616695.1 \ 31849-73240

## CERTIFICATE OF SERVICE

      I hereby certify that on April 23, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following and I hereby certify that I have mailed by United States Postal Service the document to the following:

Bruce S. Sperling (ARDC #2687925)
Daniel A. Shmikler (ARDC #6238089)
Sperling & Slater, P.C.
55 W. Monroe Street, Suite 3200
Chicago, IL 60603
(312) 641-3200

                                          /s/ James G. Martignon
                                          James G. Martignon (ARDC #6277974)
                                          LEVENFELD PEARLSTEIN, LLC
                                          2 N. LaSalle St., Suite 1300
                                          Chicago, Illinois 60602
                                          (312) 346-8380 - Telephone
                                          (312) 346-8434 – Facsimile
                                          jmartignon@lplegal.com