# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

IBA, LLC

                     Plaintiff,

v.                                       Case No.: 1:07–cv–06219

                                       Honorable Wayne R. Andersen

Ganesan Visvabharathy

                     Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, June 9, 2008:


      MINUTE entry before the Honorable Wayne R. Andersen:This case is hereby dismissed with leave to reinstate once bankruptcy proceedings are complete. Civil case terminated. Mailed notice(tsa, )




**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.