## *United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: 07CV6219                     Assigned/Issued  By: J. N.

Judge Name:                               Designated Magistrate Judge:

---

### FEE INFORMATION

***Amount Due:***   ☐ $350.00      ☐ $39.00      ☐ $5.00

☐ IFP       ☐ No Fee      ☐ Other _____

☐ $455.00

Number of Service Copies _____      Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____      Receipt #: _____

Date Payment Rec'd: _____      Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons                                      ✓ Alias Summons

☐ Third Party Summons                          ☐ Lis Pendens

☐ Non Wage Garnishment Summons                 ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons           _____
                                               _____
☐ Citation to Discover Assets                  *(Victim, Against and $ Amount)*

☐ Writ _____                    ☐ Other
      *(Type of Writ)*                         _____
                                               _____
                                               *(Type of issuance)*

1 ____ Original and 0 _____ copies on 8-25-08 _____ as to DEFENDANT _____
                                      *(Date)*

_____

_____